Label Matrix for local noticing
0752-1
Case 17-31592
Northern District of Illinois
Chicago
Mon Jun  4 20:06:55 CDT 2018

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT&T
Bankruptcy Department
PO Box 769
Arlington, TX 76004-0769

AT&T Wireless Services Inc
Bankruptcy Department
PO Box 309
Portland, OR 97207-0309

City Of Chicago Department of Finance
C/O Arnold Scott Harris P.C.
111 W Jackson Blvd Suite 600
Chicago, IL 60604-3517

City of Chicago
Department of Revenue
Bureau of Parking Bankruptcy
121 N LaSalle St Room 107A
Chicago IL 60602-1232

Comcast
41112 Concept Dr.
Plymouth, MI 48170-4253

Commonwealth Edison Co
3 Lincoln Center
Attn Bankruptcy Section
Oak Book Terrace, IL 60181-4204

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oakbrook Terrace, IL 60523-1502

Cook County Treasurer
Tax Redemption Division
118 N Clark St; Rm 434
Chicago, IL 60602-1413

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Directv, LLC
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

GFC Lending, LLC
    PO BOX 29018
    PHOENIX, AZ 85038-9018

Go Financial
PO Box 29294
Phoenix AZ 85038-9294

Indyma Mortgage
6900 Corporate Dr
Kalamazoo MI 49009

Matteson City Hall
4900 Village Commons
Matteson, IL 60443-2666

Newline Financial
55 W Monroe
Suite 910
Chicago, IL 60603-5138

The Illinois Tollway
PO Box 5544
Chicago, IL 60680-5491

Village of Richton Park
4455 Sauk Trail
Richton Park, IL 60471-1197

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Sheila Foulks
2042 Lioncrest Dr
Richton Park, IL 60471-1317

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

Willis E. Brown
Willis E Brown Ltd
840 E. 87th Street #202
Chicago, IL 60619-5628

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DIRECTV LLC
Attn: Bankruptcies
POB 6550
Greenwood Village, CO 80155-6550

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)City of Chicago

(u)Payday Loan

End of Label Matrix
Mailable recipients    22
Bypassed recipients     2
Total                  24